**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| Braskem Idesa, S.A.P.I., *et al.*,[1] | ) | Case No.: 26-90762 (CML) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF EMERGENCY VIRTUAL HEARING ON FIRST DAY MOTIONS**

On August 17, 2026 (the "***Petition Date***"), the above-captioned debtors and debtors in possession (collectively, the "***Debtors***") in the above-captioned chapter 11 cases (the "***Chapter 11 Cases***") each filed a voluntary petition for relief under title 11 of the United States Code (the "***Bankruptcy Code***") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "***Court***") commencing the Chapter 11 Cases.

In accordance with the Procedures for Complex Cases in the Southern District of Texas, an emergency, virtual hearing is set for **August 18, 2026, at 2:30 p.m. (prevailing Central Time)** (the "***First Day Hearing***"), before the Honorable Judge Lopez to consider the matters (collectively, the "***First Day Motions***") set forth below.

The First Day Hearing will be conducted **virtually only. No in-person attendance will be permitted**. Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Lopez's conference room number is 590153. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Lopez's home page. The meeting code is "JudgeLopez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of the hearing. To make your appearance, click the "Electronic Appearance" link on Judge Lopez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

All documents filed in the Chapter 11 Cases, including the First Day Motions, and other relevant case information are available free of charge on the following website maintained by the Debtors' proposed claims and noticing agent, Kroll Restructuring Administration LLC, in connection with the Chapter 11 Cases: https://restructuring.ra.kroll.com/BraskemIdesa. Copies

[1] The Debtors, together with each of the Debtors' tax identification numbers, as applicable, are: Braskem Idesa, S.A.P.I. (Tax Identification Number: BID100428IX6); Braskem Idesa Servicios, S.A. de C.V. (Tax Identification Number: BIS101213MW9); and Braskem Idesa Ethane LLC (Texas File Number: 806708464). The location of the corporate headquarters and the service address for the Debtors is: Blvd. Manuel Ávila Camacho 36, 24th floor, Lomas – Virreyes Ciudad de México – CDMX – México 11000.

of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

**<u>First Day Motions:</u>**

1. ***Complex Case Designation***. Notice of Designation as Complex Bankruptcy Case [Docket No. 2]

2. ***Joint Administration Motion***. Debtors' Emergency Motion for Entry of an Order (I) Directing Joint Administration of the Debtors' Chapter 11 Cases and (II) Granting Related Relief [Docket No. 3]

3. ***DIP/Cash Collateral Motion***. Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Claims Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 6]

4. ***Cash Management Motion***. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Cash Management System, (II) Waiving Compliance with Restrictions Imposed by Section 345 of the Bankruptcy Code, (III) Authorizing Continued Use of Prepetition Bank Accounts, Payment Methods and Existing Business Forms and (IV) Scheduling Final Hearing [Docket No. 8]

5. ***Wages Motion***. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Certain Employee Wages and Other Compensation and Related Obligations and (B) Maintain and Continue Employee Benefits and Programs in the Ordinary Course, and (II) Authorizing and Directing Applicable Banks to Honor All Checks and Transfers Related to Such Obligations [Docket No. 9]

6. ***All Trade Motion***. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Pay Prepetition Trade Claims in the Ordinary Course of Business and (B) Honor Prepayment Arrangements; (II) Confirming Administrative Expense Priority of Prepetition Purchase Orders; and (III) Granting Related Relief [Docket No. 10]

7. ***Taxes Motion***. Debtors' Emergency Motion for Entry of an Order Authorizing the Payment of Certain Taxes and Fees [Docket No. 11]

8. ***Insurance Motion***. Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (A) Continue Prepetition Insurance Policies in the Ordinary Course of Business and (B) Pay All Obligations in Respect Thereof [Docket No. 12]

9. ***Creditor Matrix Motion***. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated Creditor Matrix and a Consolidated List of the 30 Largest Unsecured Creditors, (B) Redact Certain Personally Identifiable, Confidential, and Commercially Sensitive Information, and (C) Serve Certain Parties in Interest by Email, and (II) Granting Related Relief [Docket No. 13]

10. ***Claims, Noticing, and Solicitation Agent Retention Application***. Emergency Ex Parte Application for Entry of an Order Authorizing the Employment and Retention of Kroll Restructuring Administration LLC as Claims, Noticing, and Solicitation Agent [Docket No. 4]

11. ***Global Stay Motion***. Debtors' Emergency Motion for an Order (I) Authorizing the Debtors to Operate Their Businesses in the Ordinary Course, (II) Ordering Implementation of the Automatic Stay, (III) Approving the Form and Manner of Notice and (IV) Granting Related Relief [Docket No. 14]

12. ***Solicitation Motion***. Debtors' Emergency Motion for an Order (I) Scheduling a Combined Hearing to Consider (A) the Adequacy of the Disclosure Statement and (B) Confirmation of the Plan, (II) Establishing Deadlines and Procedures to File Objections to the Disclosure Statement and the Plan, (III) Approving the Solicitation Procedures, (IV) Approving the Form and Manner of Notice of the Combined Hearing, (V) Waiving the Requirement to Mail Solicitation Packages to Non-Voting Classes, (VI) Conditionally (A) Directing that a Meeting of Creditors Not Be Convened and (B) Waiving Requirement to File Statements of Financial Affairs and Schedules of Assets and Liabilities, and (VII) Granting Related Relief [Docket No. 17]

**Related Documents:**

1. ***First Day Declaration***. Declaration of Ryan Omohundro in Support of the Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 5]

2. ***Lazard DIP Declaration***. Declaration of Christian Tempke in Support of Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Claims Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 7]

3. ***Plan***. Debtors' Joint Prepackaged Chapter 11 Plan [Docket No. 15]

4. ***Disclosure Statement***. Disclosure Statement for the Plan of Reorganization of Braskem Idesa, S.A.P.I. and Its Debtor Affiliates [Docket No. 16]

5. ***Debtors' Witness and Exhibit List***. [Docket No. 18]

Dated: August 18, 2026

Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*


**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (TX Bar No. 24012503)
Ashley L. Harper (TX Bar No. 24065272)
Kaleb Bailey (TX Bar No. 24136717)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: 713-220-4200
Facsimile: 713-220-4285
Email: taddavidson@hunton.com
ashleyharper@hunton.com
kbailey@hunton.com

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
Richard J. Cooper (*pro hac vice* pending)
Joshua Brody (*pro hac vice* pending)
Thomas S. Kessler (*pro hac vice* pending)
Jack Massey (*pro hac vice* pending)
Michael Weinberg (*pro hac vice* pending)
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999
Email: rcooper@cgsh.com
jbrody@cgsh.com
tkessler@cgsh.com
jamassey@cgsh.com
mdweinberg@cgsh.com


*Proposed Co-Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on August 18, 2026, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II