Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T +1 212.872.1000
F +1 212.872.1002
akingump.com

Akin

**Abid Qureshi**
+1 212.872.8027
aqureshi@akingump.com

September 24, 2026

The Honorable Christopher M. Lopez
United States Bankruptcy Court for the Southern District of Texas
Courtroom 402
515 Rusk Street
Houston, TX 77002

Re: *In re Braskem Idesa, S.A.P.I.,* et al., Case No. 26-90762 (CML) (the "Chapter 11 Cases")

Dear Judge Lopez:

Further to the *Letter to the Honorable Christoper M. Lopez from Certain Braskem Bondholders re Brazilian Prosecutor's Opinion*, dated September 23, 2026 [ECF No. 160] (the "Sept. 23 Letter")[1] and as discussed on the record during today's Confirmation Hearing, the Braskem Group Members, by and through their undersigned counsel, submit this supplemental letter to inform the Court that moments after the Confirmation Hearing ended, the Brazilian Court granted the Brazilian Motion and issued the requested injunction (the "Brazilian Order"). An electronic translation of the Brazilian Order will follow when available. In short, the Brazilian Order is largely consistent with the Prosecutor's Opinion and provides, in relevant part, as follows:

- **BAKIDE injunction granted:** Braskem S.A., Braskem Netherlands B.V. and the other Brazilian Debtors must immediately refrain from any new act implementing the BAKIDE Transaction, until further order, including, *inter alia*, new payments or disbursements, transfers of funds or assets, release of DIP tranches, the cash exit contribution, granting or increasing collateral, and entering into, ratifying or assuming commitments under the put/call structure over Braskem Idesa shares. Non-compliance may result in daily fines and personal liability of the Brazilian Debtors' officers. The Brazilian Court expressly noted that the order is directed solely at the Debtors and does not interfere with the U.S. Chapter 11 Cases. The decision serves as an official letter (ofício) to be delivered by the petitioners. The Brazilian Debtors have 15 days to file a detailed executive report on the BAKIDE Transaction, which must include corporate minutes, contracts, valuations, cash

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Sept. 23 Letter or the *Debtors' Amended Joint Prepackaged Chapter 11 Plan* [ECF No. 155] (the "Plan"), as applicable.

Akin



flow projections and funding sources. Creditors will then have 15 days to respond. Petrobras and Shine I FIP have 15 days to provide clarifications on the corporate and contractual approvals of the transaction.

In light of the Brazilian Court's entry of the Brazilian Order, the Braskem Group Members submit that this Court should defer entry of the Confirmation Order to allow the parties to determine whether the Plan remains feasible given Braskem's inability to comply with its obligations thereunder. We are available to the extent the Court has any questions or would like further information regarding developments in the Brazilian Proceedings.

The Braskem Group Members expressly reserve all rights with respect to the Brazilian Order, the Plan and the Confirmation Order, and intend to take all appropriate steps to enforce the Brazilian Order in applicable jurisdictions.

Sincerely,

/s/ *Abid Qureshi*

Abid Qureshi

cc: Braskem Group Members
Sarah A. Schultz
James Terry
Sara L. Brauner
Guilherme Vaz Leal da Costa
Bruno Lardosa

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, I caused a copy of the foregoing document to be served by Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Sarah Link Schultz*